## STATE OF CONNECTICUT *v.* MARK DANIELS

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 210 (AC 23053), is denied.

*James B. Streeto*, assistant public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided July 13, 2004

## STATE OF CONNECTICUT *v.* EARL GRANT

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 90 (AC 23215), is denied.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*Annemarie L. Braun*, special deputy assistant state's attorney, in opposition.

Decided July 13, 2004

## STATE OF CONNECTICUT *v.* BARRIE WILSON

The defendant's petition for certification for appeal from the Appellate Court, 83 Conn. App. 67 (AC 23255), is denied.

*David V. DeRosa*, special public defender, in support of the petition.

Decided July 13, 2004